UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISHMAEL ZAKAT TURNER,   No. C 08-1226 MHP (pr)

    Petitioner,   **JUDGMENT**

  v.

WARDEN OF SAN QUENTIN,

    Respondent.

    This action is dismissed because the Teague rule bars habeas relief on the petition for writ of habeas corpus.

    IT IS SO ORDERED AND ADJUDGED.

DATED: July 18, 2008

Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISHMAEL Z TURNER,

        Plaintiff,

  v.

WARDEN OF SAN QUENTIN et al,

        Defendant.
_____/

Case Number: CV08-01226 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ishmael Z. Turner H-49812
San Quentin State Prison
San Quentin, CA 94974

Dated: July 18, 2008

                        Richard W. Wieking, Clerk
                        By: Anthony Bowser, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISHMAEL Z TURNER,

        Plaintiff,

  v.

WARDEN OF SAN QUENTIN et al,

        Defendant.

Case Number: CV08-01226 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ishmael Z. Turner H-49812
San Quentin State Prison
San Quentin, CA 94974

Dated: July 18, 2008

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk